# UNITED STATES DISTRICT COURT
## District of Minnesota

Lynda L. Pelletier,

                      Plaintiff,

v.

United States of America,

                      Defendant(s).

**JUDGMENT IN A CIVIL CASE**

Case Number:  14-2800 (DWF/LIB)

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

All of Plaintiff's claims in the above-captioned cause of action are **DISMISSED WITH PREJUDICE** on the merits, without costs or disbursements to any party.

Date: 04/21/2015

                                                   RICHARD D. SLETTEN, CLERK

                                                           s/M. Price

(By)                                        M. Price, Deputy Clerk